pcm1.4.21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. JKB-22-070 |
| v. | * | (Possession with the Intent to Distribute Controlled Substances, 21 U.S.C. 841; and Forfeiture, 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| ZACHARY COVELLY, | * | |
| Defendant. | * | |

\*\*\*\*\*\*

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From on or about November 19, 2020, in the District of Maryland, the defendant,

**ZACHARY COVELLY,**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One, the defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. one Heckler & Koch Model, Model USP, .40 pistol bearing serial number 26096687;

   b. one M&P Shield 9mm pistol with serial number JEY7090; and

   c. One Saur Arms .22 caliber rifle with serial number 38007.

21 U.S.C. § 853
18 U.S.C. § 2461

Erek L. Barron/by: _____

Erek L. Barron
United States Attorney

2/28/22
Date